

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-23-00110-CR

## IN RE BOBBY ROY CHILDERS

————————

### Original Proceeding

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2008-466-C1

## MEMORANDUM OPINION

This is an original proceeding in which relator Bobby Roy Childers, a pro se inmate, challenges the sufficiency of the evidence to support the assessment of fees, court costs, attorney fees and fines in trial court cause number 2008-466-C1.

In a criminal mandamus, the relator must show that he has no adequate remedy at law and what he seeks to compel is a ministerial act not involving a discretionary or judicial decision. *In re Pierce*, 586 S.W.3d 566, 569 (Tex. App.—Waco 2019, orig. proceeding). An act is ministerial if relator can show a clear right to the relief sought. *Id.*

Mandamus is not available to compel a discretionary act as distinguished from a ministerial act. *Id.*

The sufficiency of the evidence to support assessments of costs contained within judgments may be directly appealed. *See Mayer v. State*, 309 S.W.3d 552, 555 (Tex. Crim. App. 2010). The judgment he complains of was rendered more than a decade ago and the time for appealing that judgment has long since passed. *See* TEX. R. APP. P. 26.2. Because relator has failed to show that he lacks an adequate remedy at law, he has not met his burden to obtain mandamus relief. *In re Pierce*, 586 S.W.3d at 569.

The petition for writ of mandamus filed on April 12, 2023 by relator Bobby Roy Childers is denied.


STEVE SMITH
Justice

Before Chief Justice Gray
        Justice Johnson
        Justice Smith
Petition denied
Opinion issued and filed May 24, 2023
[OT06]

